UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MATTHEW BRESLAUER,

            Plaintiff,

-against-

TRANSPORTATION SECURITY
ADMINISTRATION,

            Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV-1110 (FB)

      A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on July 19, 2005, adopting the Report and Recommendation of Magistrate Judge Lois Bloom dated June 8, 2005, without *de novo* review of the record; and dismissing plaintiff's case with prejudice pursuant to Fed. R. Civ. P. 41(b); it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted; and that judgment is hereby entered dismissing plaintiff's case with prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated: Brooklyn, New York
       July 19, 2005

                                                      ROBERT C. HEINEMANN
                                                    Clerk of Court